FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Monas Ahmad Chaudry

**BANKRUPTCY NO.** 8:10–bk–25372–ES

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–7724
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 1/31/11

**JOINT DEBTOR INFORMATION:**
Athiah Elizabeth Chaudry

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–0379
Employer Tax–Identification (EIN) No(s).(if any):  N/A
**Joint Debtor Dismissal Date:**  1/31/11

**Address:**
2859 E. Stearns Street
Brea, CA 92821

Based on debtor's request, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: January 31, 2011

BY THE COURT,
**Erithe A. Smith**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**21 / DUA**